IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES B. WRIGHT                                       PLAINTIFF

V.                       CASE NO.: 2:14-CV-2259

LESLIE RUTLEDGE, Attorney General
of Arkansas                                       DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 31) filed in this case on April 10, 2015, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 29) is **GRANTED** and Plaintiff's Petition (Doc. 1) is **DISMISSED WITH PREJUDICE.** All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 3rd day of June, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE